# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **PAUL JOSEPH THE BOY,** <br><br> Defendant. | **CR 22-44-GF-BMM** <br><br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Paul The Boy appeared before the Court on July 6, 2022, and entered a plea of guilty to Count 1 of the Indictment. He also admitted the forfeiture allegation. The Boy's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

IT IS ORDERED:

1

THAT The Boy's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

- Springfield Armory XD 9mm with 3 empty magazines;
- 3 rounds of 9mm ammunition; and
- $1,171.00 in U.S. Currency.

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 924(d) and 982(b)(1), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

///

///

DATED this 11th day of July 2022.

_____
Brian Morris, Chief District Judge
United States District Court