# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-44-GF-BMM-JTJ |
| Plaintiff, | |
| | **FINDINGS AND** |
| vs. | **RECOMMENDATIONS** |
| PAUL JOSEPH THE BOY, | |
| Defendant. | |

## I.  Synopsis

Defendant Paul Joseph The Boy (The Boy) has been accused of violating the conditions of his supervised release.  The Boy admitted all of the alleged violations.  The Boy's supervised release should be revoked.  The Boy should be placed in custody for 3 months, with 33 months of supervised release to follow. The Boy should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility such as Connections Corrections.  The Boy should serve the next 180 days of his supervised release in the Great Falls Residential Re-Entry Center.

## II.  Status

The Boy pleaded guilty to Possession with the Intent to Distribute Fentanyl

on July 6, 2022. (Doc. 21). The Court sentenced The Boy to 20 months of custody, followed by 3 years of supervised release. (Doc. 35). The Boy's current term of supervised release began on August 22, 2023. (Doc. 46).

**Petition**

The United States Probation Office filed a Petition on November 27, 2023, requesting that the Court revoke The Boy's supervised release. (Doc. 46). The Petition alleged that The Boy had violated the conditions of his supervised release: 1) by using methamphetamine on two separate occasions; and 2) by consuming alcohol.

**Initial appearance**

The Boy appeared before the undersigned for his initial appearance on February 13, 2024. The Boy was represented by counsel. The Boy stated that he had read the petition and that he understood the allegations. The Boy waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on February 13, 2024. The Boy admitted that he had violated the conditions of his supervised release: 1) by using methamphetamine on two separate occasions; and 2) by consuming alcohol. The

2

violations are serious and warrant revocation of The Boy's supervised release.

The Boy's violations are Grade C violations. The Boy's criminal history category is I. The Boy's underlying offense is a Class C felony. The Boy could be incarcerated for up to 24 months. The Boy could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.   Analysis

The Boy's supervised release should be revoked. The Boy should be incarcerated for 3 months, with 33 months of supervised release to follow. This sentence is sufficient but not greater than necessary. The Boy should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility such as Connections Corrections. The Boy should serve the next 180 days of his supervised release in the Great Falls Residential Re-Entry Center.

### IV.   Conclusion

The Court informed The Boy that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed The Boy of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to The Boy that Judge Morris would consider a timely objection before making a final determination on

3

whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Paul Joseph The Boy violated the conditions of his supervised release:
> by using methamphetamine on two separate occasions; and by consuming
> alcohol.

The Court **RECOMMENDS:**

> That the District Court revoke The Boy's supervised release
> and commit The Boy to the custody of the United States Bureau of
> Prisons for 3 months, with 33 months of supervised release to follow.
> The Boy should serve the first 60 days of his supervised release in a
> secure inpatient drug treatment facility such as Connections
> Corrections. The Boy should serve the next 180 days of his
> supervised release in the Great Falls Residential Re-Entry Center.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will

make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made. The district court judge may accept,

reject, or modify, in whole or in part, the Findings and Recommendations. Failure

to timely file written objections may bar a de novo determination by the district

court judge, and may waive the right to appear and allocute before a district court

judge.

DATED this 14th day of February, 2024.

John Johnston
United States Magistrate Judge