# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

PAUL JOSEPH THE BOY,

              Defendant.

**CR-22-44-GF-BMM**

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 14, 2024. (Doc. 54.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 13, 2024. (Doc.50.)  The United States accused Paul The Boy (The Boy) of violating his conditions of supervised release 1) by using methamphetamine on two separate occasions; and 2) by consuming alcohol. (Doc. 46.)

At the revocation hearing, The Boy admitted to having violated the conditions of his supervised release 1) by using methamphetamine on two separate

occasions; and 2) by consuming alcohol.  (Doc. 50.)  Judge Johnston found that the violations The Boy admitted are serious and warrants revocation of his supervised release and  recommends a sentence of 3 months, with 33 months of supervised release to follow. Judge Johnston also recommends that The Boy should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility such as Connections Corrections.  The Boy should serve the next 180 days of his supervised release in the Great falls Residential Re-Entry Center. (Doc. 54.)  The Boy was advised of his right to appeal and allocute before the undersigned. (Doc. 50.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 54) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Paul Joseph The Boy be sentenced to the Bureau of Prison for 3 months with 33 months of supervised release to follow. The Boy should serve the first 60 days of his supervised release in a secure inpatient drug treatment facility such as Connections Corrections.  The Boy should serve the next 180 days of his supervised release in the Great falls Residential Re-Entry Center

DATED this 29th day of February, 2024.


_____
Brian Morris, Chief District Judge
United States District Court