IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-22-44-GF-BMM |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| PAUL JOSEPH THE BOY, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 16, 2024. (Doc. 66.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 15, 2024. (Doc. 62.) The United States accused Paul The Boy (The Boy) of violating his

conditions of supervised release (1) failing to live in a place approved by his probation officer by failing to be present at his approved residence on September 19, 2024, and his probation officer being advised that he had not resided there for the past 30 days. Between September 20, 2024, and September 25, 2024, The Boy's whereabouts were unknown (Doc. 59.)

At the revocation hearings The Boy admitted to having violated the conditions of his supervised release (1) failing to live in a place approved by his probation officer by failing to be present at his approved residence on September 19, 2024, and his probation officer being advised that he had not resided there for the past 30 days. Between September 20, 2024, and September 25, 2024, The Boy's whereabouts were unknown . (Doc. 62.)

Judge Johnston found that the violation The Boy admitted proves serious and warrants revocation of his supervised release and recommends a sentence until 7:00 a.m. on November 1, 2024, with 31 months of supervised release to follow. During the first 180 days of The Boy's supervised release, he shall be placed in the Great Falls Pre-Release Center, a residential reentry facility (Doc. 66.) The Boy was advised of the 14 day objection period and his right to allocute before the undersigned. (Doc. 62.) The violation proves serious and warrants revocation of

The Boy's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 66.) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Paul Joseph The Boy be sentenced to a term of custody until 7:00 a.m. on November 1, 2024, with 31 months of supervised release to follow. During the first 180 days of The Boy's supervised release, he shall be placed in the Great Falls Pre-Release Center, a residential reentry facility

DATED this 4th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court