# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-22-44-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PAUL JOSEPH THE BOY, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 21, 2025. (Doc. 78.) Defendant, Paul The Boy (The Boy) filed an objection on February 26, 2025. (Doc. 79.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on February 20, 2025. (Doc. 74.) The United States accused The Boy of violating his conditions of supervised release by: (1) admitting on February 5, 2025, to weekly use of the psychoactive substance spice; and (2) by being terminated from his placement at

the Great Falls Pre-Release Center, a residential reentry facility, on February 10, 2025. (Doc. 71.)

At the revocation hearing, The Boy admitted to having violated the conditions of his supervised release by: (1) admitting on February 5, 2025, to weekly use of the psychoactive substance spice; and (2) by being terminated from his placement at the Great Falls Pre-Release Center, a residential reentry facility, on February 10, 2025. (Doc. 74.) Judge Johnston found the violations The Boy admitted are serious and warrants revocation of The Boy's supervised release.

Judge Johnston recommended The Boy be incarcerated for 12 months, with no supervised release to follow. (Doc. 78.) The Boy was advised of his right to appeal and allocute before the undersigned. (Doc. 74.)

The Boy now opposes Judge Johnston's Findings and Recommendations, objecting to Judge Johnston's recommended sentence. (Doc. 79.)

The Court has reviewed Judge Johnston's Findings and Recommendations as well as The Boy's objection. The undersigned conducted a revocation hearing on March 3, 2025. (Doc. 81.) The Boy and his attorney were allowed to allocute before the undersigned. (*Id.*) The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations.

The Boy's violations of his conditions of supervised release represent a serious breach of the Court's trust. This violations prove serious. Judge Johnston has recommended that the Court revoke The Boy's supervised release and commit him to the custody of the Bureau of Prisons for 12 months with no supervised release to follow. (Doc. 78.)  Accordingly,

**IT IS HEREBY ORDERED** that The Boy's objection is denied. Judge Johnston's Findings and Recommendations, (Doc. 78) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Paul Joseph The Boy be sentenced to the custody of the Bureau of Prisons for 12 months, no supervised release to follow.

DATED this 3rd day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Court